DAVID S. PATTEN, *Respondent, v.* MICHAEL NEAL, *Appellant.*— Order affirmed, with costs. Opinion by BOARDMAN, J.

JACOB E. HOGLE, *Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

CHARLES E. PATTERSON, *Receiver, etc., Respondent, v.* DANIEL ROBINSON and others, *Appellants.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOARDMAN, J., not acting.

MATTER OF NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Respondent, v.* SIDNEY YATES, *Appellant.*— Order reversed, with costs, new commissioner to be appointed by Special Term. Opinion by BOARDMAN, J.; BOCKES, J., taking no part.

MATTER OF NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Respondent, v.* CHARLES A. DONALDSON, *Appellant.*— Order modified so as to pay the present owner the value of the dower of wife of grantor, and as modified affirmed, without costs to either party. Opinion by BOARDMAN, J.

CHARLES E. PATTERSON, *Receiver, etc., Respondent, v.* DANIEL ROBINSON, *Appellant.*— Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

HENRY LINDSLEY, *Appellant, v.* JOHN VANDEWARKER, *Respondent.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

TENNIS H. HAULENBECK, *Appellant, v.* ALFRED VAN NORTRAND, and others, *Respondents.*— Judgment reversed, with costs, and judgment ordered for plaintiff on demurrer, with leave to defendant to answer on payment of costs of demurrer and of appeal. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* CATHARINE STANTON *v.* PETER SNYDER and others, and twelve other cases.— Decisions already handed down, setting aside assessment and apportionment. Opinion by BOARDMAN, J.

JOHN H. MILLER, *Appellant, v.* SARAH A. RODGERS and others.— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

ELLEN URQUHART, *Appellant, v.* THE CITY OF OGDENSBURG, *Respondent.*— Judgment and order affirmed, with costs. Opinion by BOCKES, J.

JAMES W. NELLIS, *Respondent, v.* THE VILLAGE OF NELLISTON, *Appellant.*— Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

JAMES HALL, *Respondent, v.* BENJAMIN F. CHANDLER, *Appellant.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

IN THE MATTER OF THE WILL OF SAMUEL COTTRELL.— Decree affirmed, with costs against appellant. Opinion by BOARDMAN, J.

ELIZABÉTH G. CHIPMAN, *Appellant, v.* VILLAGE OF SARATOGA SPRINGS, *Respondent.*— Order affirmed, with costs. Opinion by BOCKES, J.